No. 618, Misc.  COVINGTON *v.* INDEMNITY INSURANCE CO. OF NORTH AMERICA ET AL.  C. A. 5th Cir.  Certiorari denied.  *Richard E. McDaniel* for petitioner.  *J. Austin Barnes* for respondents.

No. 643, Misc.  GRAY *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin* for the United States.

No. 646, Misc.  HARDY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 648, Misc.  WALKER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 673, Misc.  JENKINS ET AL. *v.* DELL PUBLISHING CO., INC.  C. A. 3d Cir.  Certiorari denied.  Petitioners *pro se.*  *Charles F. C. Arensberg* for respondent.

No. 678, Misc.  CARNEY *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 679, Misc.  BROWNLOW *v.* FLORIDA ET AL.  Supreme Court of Florida.  Certiorari denied

No. 729, Misc.  ROBINSON *v.* CAVELL, WARDEN.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.